

PARLEY FOR THE OCEANS    PROJECT UPDATES    OCEAN PLASTIC    EVENTS    TALKS    ENGAGE

# CORONA X PARLEY: PROTECT PARADISE

Through creative collaboration and the Parley AIR Strategy, together with Corona (global) we are working to bring change to the beverage industry and protect paradise from marine plastic pollution.



Corona x Parley: 100 Islands Protected by 2020

An estimated 8 million tons of plastic waste enter the oceans annually. In May 2017, Parley x Corona (AB InBev) announced a long-term partnership to address this global issue and protect paradise through cleanups, awareness campaigns, corporate commitments and initiatives focused on the Parley AIR Strategy:

**AVOID** PLASTIC WHEREVER POSSIBLE

**INTERCEPT** PLASTIC WASTE

**REDESIGN** THE MATERIAL ITSELF

To learn more about events and volunteer opportunities, get in touch at the link below

SIGN UP



PLASTIC-FREE SIX PACK RINGS



100 ISLANDS PROTECTED



PARLEY X CORONA X WSL



THE FISH by PES

In addition to implementing Parley AIR, we're engaging like-minded ambassadors to represent the partnership in their countries. In 2017, Chris Hemsworth (Australia), Diego Luna (Mexico), Ramon Navarro (Chile) and Nashla Bogaert (Dominican Republic) attended Parley Ocean School in the Maldives, an immersive experience bringing together a variety of different people in the ultimate classroom, the Indian Ocean.

impact of plastic pollution on life underwater, on uninhabited islands, and in local communities. The collective experience marked the starting point of an idea: together Corona (global), Parley, and a select group of creative change-makers will turn 100 islands into symbols of change.

Plastic is a design failure. Through creative collaboration and eco-innovation, we can fix it. In Corona, a brand committed to

Artists, designers, filmmakers, marine biologists, musicians, photographers, and scientists explored the beauty of the oceans and witnessed the negative protecting its heart and homeland, we found the perfect partner to bring our strategy to the beverage industry. This is only the beginning.







"We are all connected to the sea. The state of our islands is a powerful reminder of that fact. Plastic trash travels around the world and washes up on the most remote beaches, enclosing paradise with a belt of colorful plastic debris. It makes you understand that something is dead wrong. Plastic is a design failure... In Corona, we found the perfect partner to bring this philosophy and strategy to a new territory: the beverage sector. Economy caused this plastic problem in the first place, but with the transformative power of collaboration and Eco Innovation, we can make it the key to the solution."

– Cyrill Gutsch, Founder, Parley for the Oceans







"We needed to take a stand and protect the heart and soul of our brand. We will spread our love for the oceans and make people understand that we need to take care of it, inspiring people to change their own behaviors. Corona is present in more than 180 countries and we have the opportunity and the responsibility to use that reach to be a voice for the oceans."

– *Thiago Zanettini, Global Vice President of Corona*









Learn more

ProtectParadise.com

Corona Swaps Sales for Plastic During World Oceans Week

Read the Corona x Parley launch press release

@parley.tv ll @parleyforoceans

#100islandsprotected   #ProtectParadise   #CoronaXParley



**CORONA X PARLEY: REPORTING FROM THE SOUTH AFRICA COASTAL CLEANUP TOUR**
Aug 7, 2019



**CORONA X PARLEY: STREET SURFERS**
Jul 16, 2019



**CORONA X PARLEY AND WSL SUPPORT BALI BAG BAN**
May 14, 2019



**CORONA X PARLEY: THE FISH**
Apr 22, 2019



**PROTECTING PARADISE**
Feb 6, 2019



**CORONA X PARLEY: PLASTIC-FREE SIX PACK RINGS**
Nov 27, 2018



**CORONA BALI PROTECTED**
Jun 11, 2018



**CORONA X PARLEY: CHILE BEACH CLEAN SERIES**
Jan 30, 2018



**PARLEY TALKS: DIEGO LUNA, WORLD OCEANS DAY 2017**
Jan 1, 2018



**CORONA X PARLEY X WSL: THE MOVEMENT GOES TO JEFFREYS BAY**
Jul 27, 2017



**CORONA X PARLEY: PROTECT PARADISE**
May 19, 2017

💬 150 Comments

⇗ Share

COMMENTS (150)                                                     Newest First    Subscribe via e-mail

**Julieta Amado**  6 months ago · 0 Likes

PLAGIO. Parley + Corona. Conducta vergonzosa y una falta de respeto al arte independiente y participativo, a los artistas, a la Universidad involucrada, y principalmente al Parque Nacional del Cabo Polonio, Uruguay.

La "Ola de Basura" es un proyecto aprobado por CSEAM/UdelaR y formó parte de la BienalSur (2017).
Comenzó su construcción en octubre de 2017 y hasta el día de hoy se encuentra en el ingreso del Cabo Polonio, Uruguay.
Gustavo Camelot: https://youtu.be/j9RmDzEuBnc
https://www.facebook.com/OlaDeBaSURa/
https://www.youtube.com/watch?v=j9RmDzEuBnc

---

**Leisa**  10 months ago · 0 Likes

Hi!
I am struggling to register.
Shoot me an email Leisa.mulheron@gmail.com
From Sydney Australia

> **Parley**  10 months ago · 0 Likes
>
> Hi Leisa,
>
> Can you access the form via the button above?

---

**Nerita Hayes**  10 months ago · 0 Likes

The event in my local area is sold out... is there a way of registering interest to ensure I am notified if a future event is organised?

> **Parley**  10 months ago · 0 Likes
>
> Hi Nerita, make sure you register at the button above. Thanks for jumping in!

---

**Kellie**  11 months ago · 1 Like

Hi guys. I figured out how to register if you are located in Australia!
Go to 100islandsprotected.com and select from a number of different beach locations or dates.

---

**Genevieve Loving**  11 months ago · 0 Likes

I would like to register to help, but I cant find the button, please help.. gengnivol@hotmail.com

> **Parley**  11 months ago · 0 Likes
>
> Thanks for the support! We've added the form to this page.

---

**Yari Joensuu Rosie Attard**  11 months ago · 0 Likes

rosie.attard@muranowalls.com.au & yari.joensuu@muranowalls.com.au we are keen to help but where do we register... we are in Sydney....

**Yari Joensuu Rosie Attard** 11 months ago · 0 Likes

Where is the registration button - we want to help but don't know how?

**Parley** 11 months ago · 0 Likes

Hi Yari, if you're having trouble at 100islandsprotected.com, use the button above to register

**Lauren** 11 months ago · 0 Likes

Hey i'm in Sydney and tried to register but could not find a link, shoot me a message at lauren-doran@hotmail.com :)

**Parley** 11 months ago · 0 Likes

Hi Lauren, try 100islandsprotected.com or use the button above

**Vanessa Fretwell** 11 months ago · 0 Likes

I am very keen to help and received the email asking me to register. I followed the link but like others I could not find the register button. I am very keen to help . I am in Sydney but happy to travel a few hours to take part in this great initiative .
Can you please provide more details of locations an dates and how to register - thanks Vanessa - nessaf@hotmail.co.uk

**Parley** 11 months ago · 0 Likes

Thanks, Vanessa. The form above should be working now.

**Tim Keown** 11 months ago · 0 Likes

Like many I got the email to click here to register but there is nowhere that has register optiin

**Parley** 11 months ago · 0 Likes

Hi Tim, many thanks. Try the sign-up button above now.

**Sebastian** 11 months ago · 0 Likes

very keen to help out, contact me via email:
lopezaraneda.sebastian@gmail.com

**Parley** 11 months ago · 0 Likes

Thanks, Sebastian! Sign up at the link added above.

**Kellie** 11 months ago · 0 Likes

I'm keen to help too! How do you register to volunteer? Please contact me via email steveandkel@gmail.com

**Parley** 11 months ago · 0 Likes

Hi Kellie - there's a sign-up button above. Many thanks for the support!

**Michael**  11 months ago · 0 Likes

Keen to help!
Michael.marabong@hotmail.com
Sydney, Australia

**Parley**  11 months ago · 0 Likes

Thanks, Michael. Sign up at the form above!

**Delphine**  11 months ago · 0 Likes

I can't work out how to register, but you have my email

**Parley**  11 months ago · 0 Likes

Hi Delphine, try 100islandsprotected.com or the linked button above.

**Alex**  11 months ago · 0 Likes

I will help you out.
Call me on alex_p_howard@hotmail.com
Australia

**Parley**  11 months ago · 0 Likes

Thanks Alex, sign up at the link above

**David Arena**  11 months ago · 0 Likes

Would be super keen to take part in any sort of clean-up!
Anything is better than nothing at all.

More than happy to donate my time in any way i can.
Thanks! David davida.arena@gmail.com

**Parley**  11 months ago · 0 Likes

It all adds up to make the difference. Thanks for the help! Make sure you register at the new link.

**Tania lee Bridge**  11 months ago · 0 Likes

I'm in 🖐 ☺🐢. Where is the nearest clean up to the Mid North Coast NSW, Australia? I am happy to travel to nearest location.

**Parley**  11 months ago · 0 Likes

Welcome, Tania! Fill out your details at the sign-up form above.

**Antonio**  11 months ago · 0 Likes

Educa a los niños sobre el problema ambiental global y especialmente de los oceanos, me gusta enseñar a los niños y adolescentes lo importante que es No contaminar los oceanos y cuidar la vida de ella. educar para no contaminar y reducir el consumo de plastico es para mi algo muy importante en mi vida. me encanta este proyecto y tambien Peru necesita mas limpiezas de playas y oceanos. felicito a Corona. Antonio Garate P. mantaperu@gmail.com Lima Peru.

**Bez**  11 months ago · 0 Likes

Love to be part of this great initiative. I am a keen Kitesurfer and lover of the ocean, sad to see the destruction of marine life and our beaches. I'm volunteering for the Perth beach cleanups but if there is anything else that I can do to help, please get in touch. Happy to donate my time for a great cause. Cheers, Bez. besqui@hotmail.com, 0405669462, Perth, Western Australia.

**Parley**  11 months ago · 0 Likes

Thank you, Bez. Make sure you sign up via the link in this post.

**Tammy**  11 months ago · 0 Likes

I love this
And would love to be apart if it.
I'm here to help in any way needed.
Keep up the good work people ☺👍 ❤

**Parley**  11 months ago · 0 Likes

Thanks Tammy! You can register at 100islandsprotected.com or the link in this post.

**Shannon cruz**  11 months ago · 0 Likes

I have been an avid Sea Shepherd supporter and volunteer for 16years. I believe in the idea of people can change the world if we work together.
I would most definantly like to be apart of this project.
Cruz.gibbs@outlook.com. western australia

**Parley**  11 months ago · 0 Likes

Thank you, Shannon. Register at 100islandsprotected.com or the button in this post.

**Yareth**  A year ago · 0 Likes

Hola! como se puede participar en las iniciativas de esta organización? gracias! yareth80@hotmail.com

**Yandra**  2 years ago · 0 Likes

Yo quiero aportar mi deseo de cuidar los mares de nuestro planeta. República Dominicana. yandra_asm-2009@hotmail.com

**Ayleen**  2 years ago · 0 Likes

Si no lo detenemos ahora, mañana ya no habra nada que podamos hacer. Quiero ser parte de este proyecto y dejar algo importante, algo maravilloso, salvar nuestro planeta.
Conectate.prevencion.2017@gmail.com

**Iris Duran**  2 years ago · 0 Likes

Muy agradecida que me llegará esta información, soy Venezolana país que posee playas extraordinarias, al igual conozco las de República Dominicana, Cancún, Curazao y Panamá, así como las ubicadas al Sur de Sicilia Italia! Tuve la oportunidad de hacer un curso para principiantes del submarinismo en Curazao donde me terminó de enamorar ese mundo mágico inmerso no visible, donde nos damos cuenta que es un maravilloso mundo que debemos conservar, especies que están progresivamente desapareciendo por nuestra irresponsabilidad. Entre todos podemos hacer un gran cambio para nuestros países y el planeta entero. Orgullosa de ayudar!

**MELISSA**  2 years ago · 0 Likes

Quiero ser parte de este proyecto todos unidos haremos grandes cambios !
laury-cf@hotmail.com

**Nahomi**  2 years ago · 0 Likes

Me encantaría formar parte de este hermoso proyecto.

tylwyth_teeg@hotmail.com

**Francisco**  2 years ago · 0 Likes

Vamos por esos océanos, sanos y libres para nuestras futuras generaciones!!

**Cristian Contreras Latorre**  2 years ago · 0 Likes

Quiero ser voluntario de este magnífico proyecto y aportar mi granito de arena para preservar el medio ambiente y vivir en un mundo mejor :)

**Karla Arguello Goldfarb**  2 years ago · 0 Likes

Juntos lograremos trabajando en equipo lograr un planeta limpio. Tengo la energía y la pasión . Espero tener la oportunidad ser parte de este proyecto. El Océano en mi motor de vida.

**Gabriela López Herrera**  2 years ago · 0 Likes

Llevo más de 10 años tratando de cuidar el planeta evitando botar plásticos y todo tipo de desechos domésticosa la basura, tengo muchas botellas de ladrillos ecológicos que he rellenado con los desechos plásticos de todos los productos que consumo en mi casa, junto en mi patio todo lo que se pueda reciclar para luego llevarlo a los centros de acopio, cartones, latas, envases plásticos de todo tipo, vidrio etc. Y aún así creo que no hago lo suficiente, cuando voy a la playa, me indigna y apena ver la cantidad de basura que hay, y quisiera poder hacer algo para educar y motivar a las personas a hacer lo mismo que yo hago. Por tanto si además pudiera aprender la forma de limpiar o implementar un método efectivo para evitar la contaminación de los océanos sería divino y más motivador para seguir con mi tarea por toda la vida.

**Daniel.ga**  2 years ago · 0 Likes

El hecho de poder hacer algo por el medio ambiente es la mejor experiencia que uno debe tener no sólo por el concurso, si no el día a día de cada persona

**Leandro ignacio**  2 years ago · 0 Likes

Espero poder ser parte de ésta causa! No hay nada mas importante que el medio ambiente... lleva a un mejor futuro

**Alexis**  2 years ago · 0 Likes

Me encata este movimiento y soy 100 porciento parte de el contribuyendo en donde vivo generando menos vasura u ocupando menos plastico

**Andres**  2 years ago · 0 Likes

Genial. Feliz de ser participe y apoyar

**Luis antonio**  2 years ago · 0 Likes

Quiero ser parte de este proyecto

**Alexandra Venegas**  2 years ago · 0 Likes

Ojala muchas más empresas tomarán conciencia y comenzarán a aportar con el cuidado del medio ambiente en general. Congratulations!!!

**Luis**  2 years ago · 0 Likes

Vamos a colaborar que en algún tiempo cercano el océano retomará su lugar.

**Valentina atenas**  2 years ago · 0 Likes

¿Y donde se va la basura recolectada finalmente???? Porque igual es basura… Aunque la saquemos de las orillas, ¿ésta donde ira a caer?

**Katherinne**  2 years ago · 0 Likes

Quiero ser parte de este proyecto

**Paz Martínez Derza**  2 years ago · 1 Like

Me emociona ver que cada vez somos más los que buscamos hacer algo para concientizar a la población sobre la importancia de la rehabilitación de nuestro planeta y empezar a detener y revertir el daño. Empezando por la maravillosa y gran masa de agua que conforma nuestro planeta tierra. Feliz de ser parte de este proyecto desde Chile y el mundo. 🖤

**Nicol santana**  2 years ago · 0 Likes

A tomar conciencia no sólo por nosotros si no por nuestras futuras generaciones

**Hanss**  2 years ago · 0 Likes

Ojala resulte todo bien en este proyecto y que las personas tomen consiencia de lo que ocurre dia a dia en el planeta

**Ariel godoy**  2 years ago · 0 Likes

Excelente proyecto, tendrán un rotundo éxito.

**cristian**  2 years ago · 0 Likes

Un gran proyecto donde todos podriamos aportar y ser parte de esta gran odisea.

---

**Maria de Lourdes**  2 years ago · 0 Likes

We have to preserve our planet and preserve the islands is an act of love.

---

**Karina Vargas Lara**  2 years ago · 0 Likes

I love this and would love to be part of it!!
Karina, from Mexico!    ♥
karinav9608@hotmail.com

---

**María Feenanda Boo Méndez**  2 years ago · 0 Likes

Hey! I love the proyect and I want to be part of it. I'm from México and I want to take action by helping directly on the beaches of my country.
fernanda-boo97@hotmail.com

---

**Olga**  2 years ago · 0 Likes

Great! I wanna study Sustainable development in Australia next year and I want to take part in this. I am from lake Baikal - the deepest and clearest lake in the world (Russia).
olgapronina2003@gmail.com

---

**No tengo nombre**  2 years ago · 0 Likes

Lo mejor es que nuevas islas se andan formando, lo que significa que pueden haber mas islas las que podemos protejer

Load More Comments

NEWER          OLDER

Please reach out to us if you want to join the movement, start your own initiative or collaboration project, or just want to learn more about it.

JOIN THE MOVEMENT

