Case 8:20-cv-00023   Document 1-3   Filed 01/06/20   Page 1 of 5   Page ID #:32

Home > Whois Lookup > BlackCrown.com

## Whois Record for BlackCrown.com

**– Domain Profile**

| | |
|---|---|
| **Registrant** | Domain Administration |
| **Registrant Org** | Anheuser-Busch, LLC |
| **Registrant Country** | us |
| **Registrar** | CSC CORPORATE DOMAINS, INC. CSC Corporate Domains, Inc.<br>IANA ID: 299<br>URL: www.cscprotectsbrands.com,http://www.cscglobal.com/global/web/csc/dig brand-services.html<br>Whois Server: whois.corporatedomains.com<br>domainabuse@cscglobal.com<br>(p) 18887802723 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 4,271 days old<br>Created on 2008-04-08<br>Expires on 2020-04-08<br>Updated on 2019-04-03 |
| **Name Servers** | NS.DOMAINNETWORK.SE (has 65,312 domains)<br>NS2.DOMAINNETWORK.SE (has 65,312 domains)<br>NS3.DOMAINNETWORK.COM (has 1,445 domains) |
| **Tech Contact** | Melbourne IT Tech<br>Melbourne IT DBS, Inc.<br>Santa Clara, CA, 95054, us<br>tech@melbourneitdbs.com<br>(p) 18669073267  (f) 16509633266 |
| **IP Address** | 165.160.13.20 - 698,072 other sites hosted on this server |
| **IP Location** | - Delaware - Wilmington - Corporation Service Company |
| **ASN** | AS19574 CSC - Corporation Service Company, US (registered Dec 21, 20 |

| | |
|---|---|
| **Domain Status** | Registered And Active Website |
| **IP History** | 29 changes on 29 unique IP addresses over 15 years |
| **Registrar History** | 6 registrars with 1 drop |
| **Hosting History** | 26 changes on 11 unique name servers over 16 years |

**− Website**

| | | |
|---|---|---|
| **Website Title** | None given. | ↪ |

**Whois Record ( last updated on 2019-12-18 )**

 **Validation Required**

DomainTools is committed to preventing the abuse of Whois data so we now require a CAPTCHA to view the full raw domain name record.

Existing user? Please log in.





**Tools**

| Hosting History |  |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Buy This Domain ▼ | |

Visit Website

⬇ Preview the Full Domain Report





View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

- Taken domain.
- Available domain.
- Deleted previously owned domain.

| | |
|---|---|
| BlackCrown.com | View Whois |
| BlackCrown.net | View Whois |
| BlackCrown.org | View Whois |
| BlackCrown.info | Buy Domain |
| BlackCrown.biz | Buy Domain |
| BlackCrown.us | View Whois |





| Sitemap | Blog | Terms of Service | Privacy Policy | Contact Us | Domain News | © 2019 DomainTools |