Home > Whois Lookup > Parley.tv

## Whois Record for Parley.tv

**− Domain Profile**

| | |
|---|---|
| **Registrant** | Registration Private |
| **Registrant Org** | Domains By Proxy, LLC |
| **Registrant Country** | us |
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br>abuse@godaddy.com<br>(p) 14806242505 |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 2,566 days old<br>Created on 2012-12-08<br>Expires on 2020-12-08<br>Updated on 2019-12-09 |
| **Name Servers** | NS1.MEDIATEMPLE.NET (has 372,329 domains)<br>NS2.MEDIATEMPLE.NET (has 372,329 domains) |
| **Tech Contact** | Registration Private<br>Domains By Proxy, LLC<br>DomainsByProxy.com,<br>Scottsdale, Arizona, 85260, us<br>parley.tv@domainsbyproxy.com<br>(p) 14806242599  (f) 14806242598 |
| **IP Address** | 198.49.23.144 - 2,880,993 other sites hosted on this server |
| **IP Location** | - New York - New York City - Squarespace Inc. |
| **ASN** | AS53831 SQUARESPACE - Squarespace, Inc., US (registered Jan 02, 2013) |

Case 8:20-cv-00023   Document 1-4   Filed 01/06/20   Page 2 of 5   Page ID #:38

| Hosting History | 1 change on 2 unique name servers over 6 years | |
|---|---|---|

### ▬ Website

| Website Title | None given. | |
|---|---|---|

**Whois Record** ( last updated on 2019-12-18 )



## Validation Required

DomainTools is committed to preventing the abuse of Whois data so we now require a CAPTCHA to view the full raw domain name record.

Existing user? Please log in.





**Tools**

| Hosting History |  |
|---|---|
| Monitor Domain Properties | ▾ |
| Reverse IP Address Lookup | ▾ |
| Network Tools | ▾ |

| Buy This Domain ▾ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

Case 8:20-cv-00023   Document 1-4   Filed 01/06/20   Page 3 of 5   Page ID #:39



View Screenshot History

**Available TLDs**

**General TLDs** | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

Taken domain.
Available domain.
Deleted previously owned domain.

Case 8:20-cv-00023   Document 1-4   Filed 01/06/20   Page 5 of 5   Page ID #:41

| Parley.com | View Whois |
| Parley.net | View Whois |
| Parley.org | View Whois |
| Parley.info | View Whois |
| Parley.biz | Buy Domain |
| Parley.us | View Whois |





Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News       © 2019 DomainTools