Side - 1



# NOTICE OF ABANDONMENT
**MAILING DATE:** Jan 29, 2015

The trademark application identified below was abandoned on Jan 29, 2015 as a result of Trademark Trial and Appeal Board proceedings.

**SERIAL NUMBER:** 85768102
**MARK:** BLACK CROWN
**OWNER:** ANHEUSER-BUSCH, LLC

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

ANDREA ANDERSON
HOLLAND & HART LLP
PO BOX 8749
DENVER , CO   80201

**BULK DATA:** Since May 7 at 12 a.m., the TSDR Application Programming Interface (API) has not included all information. Images of trademark registration certificates issued since July 2016 and some office actions are absent in the API. Customers who need to retrieve a copy of a registration certificate or an office action should download it directly from the TSDR documents tab.

**INTERMITTENT SYSTEM ISSUES:** Due to high-volume usage, you may experience intermittent issues on the Trademark Status and Document Retrieval (TSDR) system between 6 – 8 a.m. ET. Refreshing your web browser should resolve the issue. If you still need assistance accessing a document, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**   **DOCUMENTS**                    **Back to Search**   Print

**Generated on:** This page was generated by TSDR on 2019-12-18 15:03:30 EST
**Trademark Docs:** 9                          **Proceedings Docs:** click to load proceedings
**Assignments Docs:** click to load assignments

## Trademark Documents

| Select All | Create/Mail Date | Document Description | Document Type |
|---|---|---|---|
| ☐ | Jan. 29, 2015 | Notice of Abandonment | XML |
| ☐ | Jan. 15, 2013 | OG Publication Confirmation | XML |
| ☐ | Dec. 26, 2012 | Notice of Publication | XML |
| ☐ | Dec. 26, 2012 | Notification Of Notice of Publication | XML |
| ☐ | Nov. 27, 2012 | TRAM Snapshot of App at Pub for Oppostn | MULTI |
| ☐ | Nov. 26, 2012 | Notation to File | XML |
| ☐ | Nov. 26, 2012 | XSearch Search Summary | XML |
| ☐ | Oct. 31, 2012 | Drawing | JPEG |
| ☐ | Oct. 31, 2012 | TEAS Plus New Application | MULTI |

## Proceedings Documents - Click to Load

## Assignments Documents - Click to Load

Privacy - Terms