**From: Christopher M. Naghibi** cnaghibi@gmail.com
**Subject:** Quick Question
**Date:** January 29, 2019 at 9:50 AM
**To:** domain.admin@anheuser-busch.com

I noted you own BlackCrown.com, but it is being redirected.

I have a client who would like to acquire it. Any interest in selling it?



**Christopher M. Naghibi, Esq.**
Attorney I Broker I Contractor I Realtor
+1 (949) 338-3103
CalBRE: 01816212