

# (/content/ab/en/home

NEWSROOM ▾  BEERS (/CONTENT/AB/EN/BEERS.HTML)  BETTER WORLD (HTTPS://WW

NEWSROOM                                                                      ARTICLES ▾

# BUD AND BEAM ARE BACK WITH BLACK

SEPTEMBER 23, 2019



*Two American Icons Collaborate for Second Time with Debut of Budweiser Reserve Black Lager*

**Sept. 23, 2019 – New York, NY –** Today, Budweiser and Jim Beam® Bourbon unveiled Budweiser Reserve Black Lager, a limited-supply brew with an ABV of 7.1 percent. This specialty beer marks the second collaboration between Budweiser and Jim Beam, joining Budweiser Reserve Copper Lager, which is back by popular demand.

Budweiser Reserve Black Lager is aged on six-year Jim Beam bourbon barrel staves for a bolder taste. Black Lager boasts a dark auburn color, an oaky aroma with coffee and chocolate notes, a toasted malt taste, and a deliciously smooth finish.

"Budweiser Reserve Copper Lager proved that when Budweiser and Jim Beam collaborate, good things happen," said Ricardo Marques, VP of Marketing Core & Value Brands at Anheuser-Busch. "For the second collaboration between Bud and Beam, we wanted to brew something unique that would excite both beer lovers and bourbon aficionados. Budweiser Reserve Black Lager is a bold, bourbon-forward beer that's perfect for the holidays."

Budweiser Reserve Black Lager is available nationwide this October through December, while supplies last. Budweiser Reserve Copper Lager is available nationwide through March 2020. Both brews will be available in stubby glass bottles across the country. Black Lager will also be available in a premium 22 oz. bomber bottle gift box.

For more information on Budweiser Reserve, check out Budweiser.com (https://www.budweiser.com/) or follow Budweiser on Twitter (https://twitter.com/budweiserusa?s=17), Instagram (https://www.instagram.com/budweiserusa/?hl=en), and Facebook (https://www.facebook.com/BudweiserUSA/?brand_redir=138936166274099).

**About Budweiser**

Budweiser, an American-style lager, was introduced in 1876 when company founder Adolphus Busch set out to create the United States' first truly national beer brand – brewed to be universally popular and transcend regional tastes. Each batch of Budweiser stays true to the same family recipe used by five generations of Busch family brewmasters. Budweiser is a medium-bodied, flavorful, crisp and pure beer with blended layers of premium American and European hop aromas, brewed for the perfect balance of flavor and refreshment. Budweiser is made using time-honored methods including "kraeusening" for natural carbonation and Beechwood aging, which results in unparalleled balance and character.

**About Jim Beam**

Jim Beam is the world's best-selling bourbon, crafted by seven generations of family distillers since 1795. Elegant. Smooth. Refined. That's what years of aging in new charred oak barrels does to our Kentucky Straight Bourbon. Fred Noe, Jim Beam's 7th Generation Master Distiller, has stayed true to the family recipe that's been passed down through generations. The Jim Beam portfolio of products includes Jim Beam Bourbon, Jim Beam Black, Jim Beam Double Oak, Jim Beam Devil's Cut, Jim Beam Rye, Jim Beam Peach, Jim Beam Apple, Jim Beam Vanilla, Jim Beam Honey, Jim Beam Kentucky Fire and Red Stag by Jim Beam among other offerings.

## PRESS CONTACTS

**Budweiser - Media**

media@anheuser-busch.com

**Chris El-Dabh**

cel-dabh@3pmagency.com (mailto:cel-dabh@3pmagency.com)

## ARTICLE MEDIA

## RELATED ARTICLES

FILTER ARTICLES (/content/ab/en/newsroom/articles.html) ▶



(/content/ab/en/newsroom/2019/11/anheuser-busch-s-inaugural-eclipse-summit-brings-together-leadin.html)

(/content/ab/en/newsroom/2019/11/anheuser-busch-completes-first-zero-emission-beer-delivery-.html)

(/content/ab/en/newsroom/2019/11/stella-artois--unveils-powerful-docufilm-to-show-what-happens-wh.html)

**FEATURES (/CONTENT/AB/EN/NEWSROOM/ARTICLES.HTML)**

### Anheuser-Busch's Inaugural Eclipse Summit Brings Together Leading Industry Partners to Drive Meaningful Action on Sustainability (/content/ab/en/newsroom/2019/11/anheuser-busch-s-inaugural-eclipse-summit-brings-together-leadin.html)

NOVEMBER 22, 2019

**PRESS RELEASES (/CONTENT/AB/EN/NEWSROOM/ARTICLES.HTML#PRESS-RELEASES)**

### Anheuser-Busch Completes First Zero-Emission Beer Delivery (/content/ab/en/newsroom/2019/11/anheuser-busch-completes-first-zero-emission-beer-delivery-.html)

NOVEMBER 21, 2019

**PRESS RELEASES (/CONTENT/AB/EN/NEWSROOM/ARTICLES.HTML#PRESS-RELEASES)**

### STELLA ARTOIS® Unveils Powerful Docufilm to Show What Happens When Real People Get Closer to Those Who Live Closest (/content/ab/en/newsroom/2019/11/stella-artois--unveils-powerful-docufilm-to-show-what-happens-wh.html)

NOVEMBER 21, 2019

---

**FOLLOW US**

(http://www.facebook.com/AnheuserBusch) (http://twitter.com/AnheuserBusch) (https://www.instagram.com/anheuserbusch/) (https://www.linkedin.com/company/anheuser-busch) (https://www.youtube.com/user/AnheuserBuschInc)

(/content/ab/en/home.html) ANHEUSER-BUSCH

INVESTORS   SUPPLIERS (/content/ab/en/about/information-for-suppliers.html)

BREWERY TOURS (/content/ab/en/about/breweries-and-tours.html)

NEWSROOM (/CONTENT/AB/EN/NEWSROOM.HTML)
BEERS (/CONTENT/AB/EN/BEERS.HTML)
BETTER WORLD (/CONTENT/AB/EN/BETTERWORLD.HTML)
ABOUT (/CONTENT/AB/EN/ABOUT.HTML)
CAREERS (/CONTENT/AB/EN/CAREERS.HTML)
SHOP MERCH (/CONTENT/AB/EN/SHOP-MERCH.HTML)

Privacy Policy (/content/ab/en/privacy-policy.html)   Terms and Conditions (/content/ab/en/terms-conditions.html)

Contact Us (http://contactus.anheuser-busch.com/contactus/ab/contact_us.asp)

Equal Opportunity Employer (/content/dam/universaltemplate/ab/careers/docs/eeo-is-the-law-poster.pdf)

Pay Policy Statement (/content/dam/universaltemplate/ab/careers/docs/EO%2013665%20Pay%20Transparency%20...)   TOP

(/content/ab/en/privacy-policy.html#privacy-policy-5)

©2016 Anheuser-Busch Companies, LLC. One Busch Place. St. Louis, MO 63118. All Rights Reserved.