

<u>SENT ELECTRONICALLY ONLY</u>

Anheuser-Busch, LLC
c/o Jeremy M. Roe
One Busch Place
St. Louis, MO 63118
trademarks@anheuser-busch.com
domain.admin@anheuser-busch.com

Andrea Anderson
Holland & Hart, LLP
P.O. Box 8749
Denver, CA 80201

October 8, 2019

Re: Trademark Infringement – Cease and Desist

Mr. Roe & Mrs. Anderson,

It has come to our attention that you are making unauthorized use of the trademark "Black Crown" by your usage of the url "http://www.blackcrown.com" in conjunction with real estate activities and is a direct violation of the aforementioned trademark.  Specifically, it appears that Anheuser-Busch, LLC is the owner of the subject domain name and is currently redirecting it to a website (http://www.parley.tv) which specifically deals with a charity involved in real estate.  Additionally, the "Black Crown" trademark for serial number 85768102 once held by Anheuser-Busch, LLC is indicated to have been abandoned on January 29, 2015.

Adding additional injury, our firm reached out to Anheuser-Busch, LLC to amicably purchase the "http://www.blackcrown.com" upon its pending expiration, only to have your company extend its ownership further and change the public "Whois" record to no longer identify Anheuser-Busch, LLC as the owner of record.  The owner of record is now anonymous.  This occurred via an email to domain.admin@anheuser-busch.com on January 29, 2019.

Under federal registration laws, Black Crown Inc. is the owner of the trademark "Black Crown" currently with the United States Patent and Trademark Office under the following registration number: 5878904.  Therefore, Black Crown Inc. has the right to, including but not limited to, restrict, prevent or limit the use of the trademark in order to protect it against any misrepresentation.  Your current use as it relates to land and the environment is in direct conflict with Black Crown Inc.'s rights under this specific registered trademark.

We hereby demand that you immediately cease and desist in any additional use of the Black Crown Inc.'s trademark that will likely cause misrepresentation in relation with distribution, advertising, identification and sales of our products and/or services.  We would prefer to settle this matter amicably and without an unnecessary legal battle and propose the immediate transfer of the unused domain to Black Crown Inc.  At which time, Black Crown Inc. will waive any an all damage claims it currently has against Anheuser-Busch, LLC.

+1 (949) 238-8070
concierge@blackcrowninc.com
www.blackcrowninc.com
6789 Quail Hill Pkwy, Ste 311
Irvine, CA 92603

@blackcrownrealty
@blackcrowninc
@blackcrownre



Anheuser-Busch, LLC
October 8, 2019
Page 2 of 2

If you fail to comply with the aforementioned demand(s) by November 8, 2019 we will have no choice but to pursue all legal causes of action, including the filing of a lawsuit to protect our interests.  We remind you that this letter serves as a pre-suit notice for a lawsuit against you and failing to correct will likely make you liable for any damages the court determines we have suffered as a result of your infringement(s).

It is in our best interests to have this issue amicably settled in an effort to avoid further legal remedies as provided by State and Federal laws.

Christopher M. Naghibi, Esq.
Chief Executive Officer
Black Crown Inc.

cc: file
    John Roberts, Esq.
    Ray Solis, Esq.

☎ +1 (949) 238-8070
✉ concierge@blackcrowninc.com
● www.blackcrowninc.com
📍 6789 Quail Hill Pkwy, Ste 311
Irvine, CA 92603

@blackcrownrealty
@blackcrowninc
@blackcrownre