

**Nadya C. Davis**
Partner
**Phone** 303.245.2099
ncdavis@hollandhart.com
31958.0125

December 17, 2019

**VIA EMAIL** (cnaghibi@blackcrowninc.com)
Christopher M. Naghibi, Esq.
Chief Executive Officer
Black Crown Inc.
6789 Quail Hill Pkwy., Ste. 311
Irvine, CA 92603

Re:   www.blackcrown.com

Mr. Naghibi,

We are in receipt of the draft Complaint you sent on December 16, 2019. We have reviewed the matter with our client, and Black Crown, Inc. is not entitled—under any federal law, state statute, or other legal theory—to transfer of the blackcrown.com domain name (the "Domain Name"). Black Crown, Inc.'s draft Complaint and any earlier demands represent an illegitimate attempt to force transfer of the Domain Name, to which Black Crown, Inc. has no legitimate claim of ownership. Should Black Crown, Inc. initiate a lawsuit, Anheuser-Busch is prepared to defend itself to the fullest extent of the law, including bringing the appropriate counterclaims against Black Crown, Inc. and/or its asserted trademark registration and seeking recovery of its attorneys' fees and other costs related to the defense of this frivolous lawsuit.

For the time being, we will consider this matter concluded.

Sincerely,

*Nadya Davis*

Nadya C. Davis
Partner
of Holland & Hart LLP

NCD:jlc

13969461_v1

T 303.473.2700   F 303.473.2720
One Boulder Plaza, 1800 Broadway, Suite 300, Boulder, CO 80302
www.hollandhart.com

Alaska    Montana      Utah
Colorado  Nevada       Washington, D.C.
Idaho     New Mexico   Wyoming