1    Christopher M. Naghibi, Bar No.: 320518
2    BLACK CROWN LAW
     6789 Quail Hill Pkwy, Suite 311
3    Irvine, CA 92603
     Telephone: (949) 238-8070
4    Facsimile:  (949) 238-8070
     Email: cnaghibi@blackcrowninc.com
5
6    Attorney for Plaintiff
     BLACK CROWN INC.
7
8                    UNITED STATES DISTRICT COURT FOR THE
                       CENTRAL DISTRICT OF CALIFORNIA
9                              SOUTHERN DIVISION

| | |
|---|---|
| BLACK CROWN INC., a California Corporation | Case No.: 8:20-cv-00023 JLS (ADSx) |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER THERON** |
| v. | |
| ANHEUSER-BUSCH COMPANIES, LLC, a Delaware Limited Liability Company; WWW.BLACKCROWN.COM, a California Business Entity of Unknown Status and Does 1-10, Inclusive, | |
| Defendants. | |

The parties, Plaintiff BLACK CROWN INC. and Defendant ANHEUSER-BUSCH COMPANIES, LLC, a Delaware Limited Liability Company; WWW.BLACKCROWN.COM, a California Business Entity of Unknown Status and Does 1-10, Inclusive (collectively "Defendants"), through their respective attorneys, hereby stipulate as follows:

   1.    Plaintiff's entire complaint against Defendants, as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice; and

   2.    All parties shall bear their own attorneys' fees and costs.

1    SO STIPULATED:

2

3    Dated: January 21, 2020                    CHRISTOPHER M. NAGHIBI
                                                BLACK CROWN LAW
4

5                                               By: _____,

6                                                   Christopher M. Naghibi, Esq.

7                                               Attorney for Plaintiff
                                                BLACK CROWN INC.
8

9    IT IS SO ORDERED:

10                                              _____

11   Dated: _____, 2020                  THE HONORABLE JOSEPHINE L. STATON
                                                Judge of the United States District Court for the
12                                              Central District of California Southern Division

13   Submitted by:

14   BLACK CROWN LAW

15

16   By: _____,

17       Christopher M. Naghibi, Esq.

18   Attorney for Plaintiff
     BLACK CROWN INC.
19

20

21

22

23

24

25

26

27

28