JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BLACK CROWN INC., a California Corporation,<br><br>             Plaintiffs,<br>   v.<br><br>ANHEUSER-BUSCH COMPANIES, LLC, a Delaware Limited Liability Company; WWW.BLACKCROWN.COM, a California Business Entity of Unknown Status and Does 1-10, Inclusive,<br><br>             Defendants. | Case No.: 8:20-cv-00023 JLS (ADSx)<br><br>**ORDER** |

The parties, Plaintiff BLACK CROWN INC. and Defendant ANHEUSER-BUSCH COMPANIES, LLC, a Delaware Limited Liability Company; WWW.BLACKCROWN.COM, a California Business Entity of Unknown Status and Does 1-10, Inclusive (collectively "Defendants"), through their respective attorneys, hereby stipulate as follows:

1.  Plaintiff's entire complaint against Defendants, as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice; and

2.  All parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED:

Dated: 01/22/ 2020

JOSEPHINE L. STATON
_____
THE HONORABLE JOSEPHINE L. STATON
Judge of the United States District Court for the
Central District of California Southern Division